FRANK T. PEPLER (SBN 100070)
JESSE C. MEDLONG (SBN 294536)
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, California 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501
Email: frank.pepler@dlapiper.com
jesse.medlong@dlapiper.com

Attorneys for Creditor
Retail Opportunity Investments Partnership, LP

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>DONALD F. GAUBE,<br><br>Debtor. | Case No. 15-43783 CN<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

PLEASE TAKE NOTICE THAT the undersigned attorney hereby appears as counsel for Retail Opportunity Investments Partnership, LP ("ROIP"), creditor and party-in-interest herein, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be served upon ROIP by and through:

DLA PIPER LLP (US)
Frank T. Pepler
Jesse C. Medlong
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: (415) 836-2500
Fax: (415) 836-2501
Email: frank.pepler@dlapiper.com
jesse.medlong@dlapiper.com

And that the foregoing address be added for inclusion in the Master Mailing List in this case.

PLEASE TAKE FURTHER NOTICE that the firm of DLA Piper LLP (US), attorneys for ROIP, hereby requests special notice of all events relevant to the above-reference bankruptcy and copies of all pleadings or documents filed in relation thereto, including all pleadings or notices

under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees, special notice parties, and parties-in-interest as required by the United States Bankruptcy Code and Rules and/or Bankruptcy Local Rules.

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's: (a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (b) Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004; (c) Right to have the reference of any proceeding withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (e) Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity.

Dated: December 24, 2015

DLA PIPER LLP (US)

*/s/ Frank T. Pepler*

Frank T. Pepler (SBN 100070)
Jesse C. Medlong (SBN 294536)
Attorneys for Creditor
Retail Opportunity Investments Partnership, LP