SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
GERALDINE A. FREEMAN, Cal. Bar. No. 111483
MICHAEL M. LAUTER, Cal. Bar No. 246048
JAMEE R. LEWIS, Cal. Bar No. 304608
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
E-mail: gfreeman@sheppardmullin.com
        mlauter@sheppardmullin.com
        jalewis@sheppardmullin.com

Attorneys for COMERICA BANK

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>DONALD F. GAUBE<br><br>Debtor. | Case No. 15-43783-CN<br><br>Chapter 11<br><br>**NOTICE OF COMERICA BANK'S ELECTION PURSUANT TO 11 U.S.C. §1111(b)** |

Secured creditor Comerica Bank ("Comerica") holds a valid, perfected, first-priority security interest in, among other things, certain real property as the described in *Debtor's Disclosure Statement and Plan of Reorganization* filed March 7, 2016 (the "Disclosure Statement") in the above-referenced bankruptcy case. Comerica's secured claim is set forth in Proof of Claim No. 6 on the claims register in this bankruptcy case.

This shall confirm that Comerica, by and through its counsel of record, has made an election pursuant to 11 U.S.C. §1111(b)(2) to treat its entire claim as a secured claim under the pending Disclosure Statement.

Comerica also reserves its rights to, among other things: (1) change this election in the future if the Debtor modifies its treatment of Comerica's claim and/or if the valuation of the real property at issue is changed by the Debtors; (2) object to the adequacy of the pending proposed Disclosure Statement before the court; and (3) object to the confirmation of the of the Debtor's plan of reorganization. Comerica further reserves all its rights and right remedies including, among other things, changing its election in response to the submission of an amended proposed plan and/or an amended disclosure statement. Comerica also reserves all its rights to change its election in response to a determination of value of Comerica's collateral.

Dated: May 5, 2016

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  */s/ Michael M. Lauter*
MICHAEL M. LAUTER
Attorneys for Secured Creditor
COMERICA BANK