# EXHIBIT 1

**MacConaghy & Barnier, PLC**
Attorneys At Law
645 First St. West, Suite D
Sonoma, CA 95476
707-935-3205 Ext. 5

Invoice #  11390

Date:   October 01, 2016

Donald Gaube
3201  Danville Blvd.
Suite 175
Alamo, CA 94507

Re:  *In regarding Donald Gaube*
*Case No. 15-43783 CN*
*General Administration*

| | | **Professional Services** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 5/16/2016 | JHM | Review Motion for Relief from Stay filed by Jane Gaube -- confer with client regarding same.  No basis to object | $500.00 | 0.50 | 250.00 |
| 5/20/2016 | JHM | Review and respond to email from client on Comerica Bank issues | $500.00 | 0.40 | 200.00 |
| | JHM | Review and respond to email from client regarding Alamo Thunderbird -- opportunity for offsetting tax loss | $500.00 | 0.40 | 200.00 |
| | JHM | Telephone call with Bruce Cornelius regarding Alamo Thunderbird | $500.00 | 0.30 | 150.00 |
| 5/23/2016 | JHM | Factual research regarding junior liens, confer with client with same | $500.00 | 0.50 | 250.00 |
| 5/24/2016 | JHM | Review and respond to email from client regarding undersecured judgment liens | $500.00 | 0.30 | 150.00 |
| 5/27/2016 | JHM | Review and respond to email from client regarding Jane Gaube Motion for Relief from Stay | $500.00 | 0.20 | 100.00 |
| 6/1/2016 | JHM | Review and sign off on Order for Relief from Stay regarding family law matters; confer with client regarding same | $500.00 | 0.40 | 200.00 |
| 6/2/2016 | JHM | Review and respond to email from client regarding status of ROIC funds | $500.00 | 0.20 | 100.00 |
| 6/3/2016 | KM | Review and respond to email from Mr. Gaube regarding hearing dates. | $150.00 | 0.10 | 15.00 |
| 6/7/2016 | JHM | Send email to client -- recommend he avoid involvement in Coleman trust litigation | $500.00 | 0.30 | 150.00 |
| 6/8/2016 | KM | Prepare letter to Client. | $150.00 | 0.30 | 45.00 |
| | JHM | Prepare Motions to Avoid Liens pursuant to 506 and related papers | $500.00 | 2.30 | 1,150.00 |
| 6/27/2016 | JHM | Prepare Amended Schedules D & G.  Forward to client for execution | $500.00 | 0.70 | 350.00 |
| 7/13/2016 | JHM | Prepare Amended Motions to Avoid Liens and Omnibus Declaration of Donald Gaube in support thereof | $500.00 | 1.70 | 850.00 |
| 7/15/2016 | JHM | Prepare Amended Motions to Avoid Liens and Omnibus Declaration of Donald Gaube in support thereof | $500.00 | 2.10 | 1,050.00 |
| 8/9/2016 | JHM | Review and respond to email from Donna Jensen regarding delinquent MORs.  Confer with client regarding same | $500.00 | 0.40 | 200.00 |
| 8/10/2016 | JHM | Prepare letter to attorney Patricia Lyon regarding CCF settlement  -- direct all contact with client through my office. | $500.00 | 0.70 | 350.00 |

| Date | User | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 8/10/2016 | JHM | Telephone call with client regarding CCF Settlement -- need to honor terms | $500.00 | 0.40 | 200.00 |
|  | JHM | Telephone call with Mark Serlin regarding CCF Settlement | $500.00 | 0.30 | 150.00 |
| 8/11/2016 | JHM | Review and analyze emails from CPAs regarding tax issues | $500.00 | 0.60 | 300.00 |
|  | JHM | Review and respond to emails from client regarding CCF settlement | $500.00 | 0.70 | 350.00 |
| 8/16/2016 | JHM | Prepare delinquent MORs and confer with client regarding signing and filing | $500.00 | 1.20 | 600.00 |
|  | JHM | Review and respond to emails from client regarding potential claim of Danville landlord | $500.00 | 0.70 | 350.00 |
| 8/23/2016 | JHM | Review and respond to email from Donna Jensen regarding U.S. Trustees Office fees; arrange for catch up. Confer with client regarding same | $500.00 | 0.60 | 300.00 |
| 9/5/2016 | JHM | Review Guidelines on 506 Orders. Prepare same | $500.00 | 2.00 | 1,000.00 |
| 9/23/2016 | JHM | Prepare July and August MORs; confer with client regarding same | $500.00 | 1.60 | 800.00 |
|  |  | **Total Professional Services** |  | 19.90 | $9,810.00 |

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John H. MacConaghy | 19.50 | 500.00 | $9,750.00 |
| Kate Muller, Paralegal | 0.40 | 150.00 | $60.00 |

## Additional Charges

| Date | Description | Amount |
|---|---|---|
| 2/25/2016 | Parking fees for attendance at hearing regarding retainer. | 20.00 |
|  | Bridge toll. | 6.00 |
| 3/30/2016 | Pacer charges for March 2016. | 41.50 |
| 3/31/2016 | LexisNexis charges for March 2016. | 142.15 |
| 5/24/2016 | Fong Bros. copy and postage charges for service of Notice of Hearing on Motion for Interim Compensation and Reimbursement of Expenses for Counsel for Debtor In Possession. | 90.86 |
|  | Fong Bros. copy and postage charges for service of Notice of Hearing on Debtor's Motion for Approval and Authorization of "Stipulation for Order re: Disposition of $225,000 Retainer". | 76.49 |
| 5/31/2016 | Photocopying charges for May 1016. | 22.40 |

| Date | Description | Amount |
|---|---|---:|
| 5/31/2016 | Pacer charges for May 2016. | 11.70 |
|  | LexisNexis charges for May 2016. | 52.43 |
| 6/10/2016 | Court's filing fee for Notice of Hearing on Motion for Authority to Sell LLC Interest Free & Clear of of Lien. | 176.00 |
| 6/16/2016 | Parking fees for attendance at hearing on interim fees. | 8.00 |
|  | Bridge toll. | 6.00 |
| 6/27/2016 | Court's filing fee for Amended Schedule D. | 30.00 |
| 6/30/2016 | Pacer charges for June 2016. | 7.20 |
|  | LexisNexis charges for June 2016. | 68.18 |
|  | Photocopying charges for June 2016. | 45.00 |
|  | Postage charges for June 2016. | 9.02 |
| 7/7/2016 | Parking fees for attendance at hearings on Avoiding Liens and Motion to Sell Classico. | 1.00 |
| 7/28/2016 | Parking fees for attendance at hearingw on Motion to Sell Free & Clear, Status Conference, and Disclosure Statement. | 16.00 |
|  | Bridge toll. | 6.25 |
| 7/31/2016 | Pacer charges for July 2016. | 14.50 |
|  | Photocopying charges for July 2016. | 175.20 |
|  | LexisNexis charges for July 2016. | 72.01 |
|  | Postage charges for July 2016. | 39.19 |
| 8/18/2016 | Telephonic appearance at hearings on Trustee's Motions to Avoid Liens and on Motion to Sell Free & Clear. | 41.20 |
| 8/31/2016 | LexisNexis charges for August 2016. | 1.37 |

|  |  |
|---|---:|
| Total Costs | $1,179.65 |
| Total New Charges | $10,989.65 |
| Balance Forward | $19,255.51 |

*In regarding Donald Gaube*
Case No. 15-43783 CN
General Administration

October 01, 2016                                                                                                               Page            4

| | |
|---|---|
| 6/29/2016  Payment - Thank You. Check No. 1101 | ($19,255.51) |
| Total payments and adjustments | ($19,255.51) |
| Total Due | $10,989.65 |

Make all checks payable to **MacConaghy & Barnier, PLC**
Total due in 15 days