# EXHIBIT 2

**MacConaghy & Barnier, PLC**
Attorneys At Law
645 First St. West, Suite D
Sonoma, CA 95476
707-935-3205 Ext. 5

Invoice #  11391

Date:   October 01, 2016

Donald Gaube
3201 Danville Blvd
Suite 175
Alamo, CA 94507

Re:   In re Gaube
Plan and Disclosure Statement

| | | **Professional Services** | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 6/3/2016 | JHM | Telephone call with client regarding status of Plan and further negotiations required | $500.00 | 1.00 | 500.00 |
| 6/4/2016 | JHM | Review proposed revisions to disclosure statement by client; incorporate into document | $500.00 | 1.10 | 550.00 |
| 6/8/2016 | JHM | Prepare Amended Plan and Disclosure Statement, dated June 9, 2016 | $500.00 | 2.70 | 1,350.00 |
| 6/9/2016 | JHM | Prepare finalized Plan Amendments | $500.00 | 1.80 | 900.00 |
| | JHM | Prepare Notice of further hearing on Disclosure Statement | $500.00 | 0.80 | 400.00 |
| | JHM | Send email to Mark Serlin regarding CCF Plan treatment, confer with Gaube regarding same | $500.00 | 0.60 | 300.00 |
| 6/10/2016 | JHM | Review and respond to email from client regarding Plan terms | $500.00 | 0.30 | 150.00 |
| 6/15/2016 | JHM | Telephone call with Mark Serlin regarding CCF Plan treatment | $500.00 | 0.40 | 200.00 |
| 6/17/2016 | JHM | Telephone call with client regarding treatment of Comerica under Plan | $500.00 | 0.50 | 250.00 |
| 6/29/2016 | JHM | Review and respond to emails from Susan Luce regarding her Plan questions | $500.00 | 0.50 | 250.00 |
| 6/30/2016 | JHM | Review and respond to email from client on Cameo treatment in Plan | $500.00 | 0.30 | 150.00 |
| 7/1/2016 | JHM | Review proposed revisions to Plan requested by Comerica; confer with client regarding same. Incorporate into document | $500.00 | 1.20 | 600.00 |
| | JHM | Factual research regarding value of Cameo property; confer with client regarding same | $500.00 | 0.40 | 200.00 |
| | JHM | Review and respond to emails from client, Mark Serlin, and Susan Luce regarding possible settlement on Cameo property | $500.00 | 1.00 | 500.00 |
| 7/5/2016 | JHM | Review and analyze Objections to Disclosure Statement of Jane Gaube; confer with Susan Luce regarding same. | $500.00 | 0.60 | 300.00 |
| | JHM | Prepare further Amended Plan and Disclosure Statement; forward to client for review and signature | $500.00 | 2.20 | 1,100.00 |
| | JHM | Telephone call with client regarding possible deals with Comerica; review and respond to emails regarding same | $500.00 | 0.60 | 300.00 |
| 7/6/2016 | KM | Prepare and organize file for hearings on 7/7/16; discuss same with J. MacConaghy. | $150.00 | 0.70 | 105.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/6/2016 | JHM | Prepare finalized Amended Plan and Disclosure Statement dated 7/6/2016 | $500.00 | 0.70 | 350.00 |
| | JHM | Telephone call with client regarding possible deals with Comerica; review and respond to emails regarding same | $500.00 | 0.70 | 350.00 |
| 7/7/2016 | JHM | Court appearance regarding further hearing on Disclosure Statement | $500.00 | 2.70 | 1,350.00 |
| 7/9/2016 | JHM | Prepare further Amendments to Plan and Disclosure Statement; confer with client regarding same | $500.00 | 2.30 | 1,150.00 |
| 7/11/2016 | KM | Send email to Fong Bros regarding service of Notice of hearing on Amended Disclosure Statement for Debtors Plan of Reorganization. | $150.00 | 0.10 | 15.00 |
| | KM | File Notice of Hearing on Disclosure Statement and Plan of Reorganization. | $150.00 | 0.10 | 15.00 |
| | KM | Serve Notice of Hearing on Disclosure Statement and Plan of Reorganization and Disclosure Statement and Plan of Reorganization on Chambers. | $150.00 | 0.10 | 15.00 |
| | JHM | Prepare finalized Amended Plan and Disclosure Statement dated 7/11/2016 | $500.00 | 1.90 | 950.00 |
| | JHM | Review and respond to emails from client regarding Plan process and timing | $500.00 | 0.70 | 350.00 |
| 7/22/2016 | JHM | Prepare Declaration of John MacConaghy and "redline" documents showing amendments to prior Plan | $500.00 | 1.90 | 950.00 |
| 7/28/2016 | JHM | Court appearance regarding hearing on Disclosure Statement | $500.00 | 3.00 | 1,500.00 |
| | JHM | Meeting with client, prepare and file final amended Plan and Disclosure Statements to address issues noted by Court. | $500.00 | 2.80 | 1,400.00 |
| 8/3/2016 | JHM | Review Order Approving Disclosure Statement. Prepare ballot, solicitation letter and plan packet for distribution | $500.00 | 2.10 | 1,050.00 |
| 8/5/2016 | KM | Send email to Fong Bros regarding service of Plan Packet. | $150.00 | 0.20 | 30.00 |
| | KM | File Certificate of Service regarding Plan packet. | $150.00 | 0.10 | 15.00 |
| 8/9/2016 | JHM | Review and analyze Comerica plan ballots | $500.00 | 0.20 | 100.00 |
| 8/19/2016 | JHM | Review and respond to email from Mick Lauter regarding Comerica issues; confer with client regarding same | $500.00 | 0.90 | 450.00 |
| | JHM | Review and respond to email from Susan Luce regarding implementation of Cameo settlement contained in Plan | $500.00 | 0.70 | 350.00 |
| 8/23/2016 | JHM | Review and respond to email from Mick Lauter regarding Comerica issues; confer with client regarding same | $500.00 | 0.50 | 250.00 |
| 8/24/2016 | JHM | Review ballot from Owens Mortgage, send email to client regarding same | $500.00 | 0.20 | 100.00 |
| 9/7/2016 | JHM | Review accepting ballot from Heffernan; send email to Don regarding same | $500.00 | 0.30 | 150.00 |
| | JHM | Telephone call with Amy Pierce regarding Spotlight Claim. Review original schedules regarding same. Send email as to allowable status | $500.00 | 0.60 | 300.00 |
| 9/8/2016 | JHM | Review and analyze incoming ballots | $500.00 | 0.50 | 250.00 |
| | JHM | Review and respond to email from client on plan voting | $500.00 | 0.20 | 100.00 |
| | JHM | Telephone call with Any Pierce on Spotlight LLC ballot, send follow up emails regarding same | $500.00 | 0.50 | 250.00 |
| 9/10/2016 | JHM | Send email to client regarding voting; possibility of additional ballots | $500.00 | 0.20 | 100.00 |

| Date | Initials | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/11/2016 | JHM | Send email to Donna Parkinson regarding Plan ballot; send her staff another copy | $500.00 | 0.50 | 250.00 |
| 9/14/2016 | JHM | Prepare Declaration of Don Gaube in support of confirmation of Plan | $500.00 | 1.80 | 900.00 |
| 9/15/2016 | JHM | Prepare ballot compilation | $500.00 | 1.20 | 600.00 |
| 9/16/2016 | JHM | Prepare finalized ballot compilation | $500.00 | 1.10 | 550.00 |
| | JHM | Telephone call with client regarding plan confirmation process | $500.00 | 0.20 | 100.00 |
| | JHM | Prepare ballot compilation and summary and file | $500.00 | 2.00 | 1,000.00 |
| 9/17/2016 | JHM | Prepare draft Declaration of Don Gaube in support of confirmation; research regarding 1129(a)(15) | $500.00 | 2.40 | 1,200.00 |
| 9/19/2016 | KM | Review email from J. MacConaghy regarding service of Ballot Summaries. | $150.00 | 0.10 | 15.00 |
| | KM | Serve Ballot Compilation and Supplemental Ballot Compilation, per attorney instructions. | $150.00 | 0.50 | 75.00 |
| | JHM | Review Local Rules regarding confirmation documents; prepare Summary to Ballot compilation | $500.00 | 1.40 | 700.00 |
| | JHM | Review and respond to emails from Bruce Cornelius, Mick Lauter, and Mark Serlin regarding confirmation issues and timing | $500.00 | 0.70 | 350.00 |
| 9/21/2016 | JHM | Prepare for confirmation hearing | $500.00 | 0.80 | 400.00 |
| 9/22/2016 | JHM | Court appearance regarding Confirmation Hearing | $500.00 | 3.20 | 1,600.00 |
| 9/23/2016 | JHM | Telephone call with Randy Sugarman regarding Disbursing Agent protocol | $500.00 | 0.50 | 250.00 |
| 9/26/2016 | JHM | Prepare Confirmation Order; circulate to Barbara Matthews for approval | $500.00 | 0.70 | 350.00 |
| 9/29/2016 | JHM | Review Ct. Order regarding post confirmation status conference | $500.00 | 0.10 | 50.00 |
| 9/30/2016 | JHM | Review and respond to email from Mark Serlin regarding timing of effective date | $500.00 | 0.20 | 100.00 |
| | JHM | Send email to to Bruce Cornelius regarding consummation of Plan | $500.00 | 0.30 | 150.00 |

         Total Professional Services                            58.60   $28,635.00

## *User Summary*

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John H. MacConaghy | 56.70 | 500.00 | $28,350.00 |
| Kate Muller, Paralegal | 1.90 | 150.00 | $285.00 |

### *Additional Charges*

| Date | Description | Amount |
|---|---|---|
| 6/9/2016 | Fong Bros. copy and postage charges for service of Notice of Hearing on Amended Disclosure Statement for Debtor's Plan of Reorganization. | 93.77 |

| Date | Description | Amount |
|---|---|---:|
| 7/11/2016 | Fong Bros. copy and postage charges for service of Notice of Hearing on Amended Disclosure Statement for Debtor's Plan of Reorganization. | 78.56 |
| | Total Costs | $172.33 |
| | Total New Charges | $28,807.33 |
| | Balance Forward | $17,415.00 |
| 6/29/2016 | Payment - Thank You. Check No. 1101 | ($17,415.00) |
| | Total payments and adjustments | ($17,415.00) |
| | Total Due | $28,807.33 |

Make all checks payable to **MacConaghy & Barnier, PLC**
Total due in 15 days