# EXHIBIT 3

**MacConaghy & Barnier, PLC**
Attorneys At Law
645 First St. West, Suite D
Sonoma, CA 95476
707-935-3205 Ext. 5

Invoice # 11395

Date: October 01, 2016

Donald Gaube
3201 Danville Blvd
Suite 175
Alamo, CA 94507

Re: In regarding Gaube Employment and compensation

| | | **Professional Services** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 5/16/2016 | JHM | Review and respond to email from Eric Nyberg regarding hearing on Johnson Stip | $500.00 | 0.10 | 50.00 |
| | JHM | Review and respond to email from Don Gaube regarding possible retention of Ken Reynolds to handle Class A Litigation. Call to Mark Gorton to investigate Reynolds | $500.00 | 0.50 | 250.00 |
| 5/24/2016 | KM | Send email to Fong bros regarding service of Notice of Hearing on Debtor's Motion for Approval and Authorization of Stipulation for Order regarding Disposition of $225,000 Retainer. | $150.00 | 0.20 | 30.00 |
| | KM | File Notice of Hearing on Debtor's Motion for Approval and Authorization of Stipulation for Order regarding Disposition of $225,000 Retainer. | $150.00 | 0.10 | 15.00 |
| | KM | Serve chambers copy - Notice of Hearing on Debtor's Motion for Approval and Authorization of Stipulation for Order regarding Disposition of $225,000 Retainer. | $150.00 | 0.10 | 15.00 |
| | KM | Send email to Fong Bros regarding service of Notice of Hearing on Motion for Interim Compensation and Reimbursement of Expenses for Counsel for Debtor in Possession. | $150.00 | 0.20 | 30.00 |
| | KM | File Notice of Hearing on Motion for Interim Compensation and Reimbursement of Expenses for Counsel for Debtor in Possession. | $150.00 | 0.10 | 15.00 |
| | KM | Serve chambers copy - Notice of Hearing on Motion for Interim Compensation and Reimbursement of Expenses for Counsel for Debtor in Possession. | $150.00 | 0.10 | 15.00 |
| 6/9/2016 | JHM | Review and respond to email from client regarding funding litigation counsel. ROIP funds are blocked | $500.00 | 0.30 | 150.00 |
| 6/13/2016 | JHM | Review and respond to email from Eric Nyberg regarding Johnson retainer motion | $500.00 | 0.10 | 50.00 |
| 6/16/2016 | JHM | Send email to client and Johnson regarding retainer motion; arrange for check | $500.00 | 0.50 | 250.00 |
| | JHM | Court appearance regarding Motion to compromise regarding Johnson retainer and Motion for interim fees | $500.00 | 2.70 | 1,350.00 |
| | JHM | Prepare and upload orders regarding fees and Johnson retainer | $500.00 | 0.80 | 400.00 |
| 6/23/2016 | JHM | Review and analyze Gilbeau retainer agreement; confer with client regarding same | $500.00 | 0.60 | 300.00 |

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 7/26/2016 | JHM | Prepare and transmit Motion to Employ Gilbeau as special counsel; confer with client regarding same | $500.00 | 1.40 | 700.00 |
| 7/27/2016 | JHM | Review and analyze signed retention agreement with Gilbeau | $500.00 | 0.10 | 50.00 |
| 9/30/2016 | JHM | Prepare final application for compensation | $500.00 | 3.20 | 1,600.00 |
| 10/1/2016 | JHM | Prepare final Application for Compensation and related notice | $500.00 | 2.60 | 1,300.00 |
| | JHM | Prepare Order Authorizing Gilbeau employment | $500.00 | 0.50 | 250.00 |
| | | Total Professional Services | | 14.20 | $6,820.00 |

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John H. MacConaghy | 13.40 | 500.00 | $6,700.00 |
| Kate Muller, Paralegal | 0.80 | 150.00 | $120.00 |

|  |  |
|---|---|
| Balance Forward | $14,660.00 |
| 6/29/2016 Payment - Thank You. Check No. 1101 | ($14,660.00) |
| Total payments and adjustments | ($14,660.00) |
| Total Due | $6,820.00 |

Make all checks payable to **MacConaghy & Barnier, PLC**
Total due in 15 days