# EXHIBIT 4

# MacConaghy & Barnier, PLC
Attorneys At Law
645 First St. West, Suite D
Sonoma, CA 95476
707-935-3205 Ext. 5

Invoice # 11393

Date: October 01, 2016

Donald Gaube

Re: Gaube v. Klein, et al.
AP Case No. 16-4157

| | | | Professional Services | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 5/18/2016 | | JHM | Review and respond to email from client on Statute of Limitations | $500.00 | 0.40 | 200.00 |
| 5/23/2016 | | JHM | Review and analyze memorandum from client on Class A exposure | $500.00 | 0.40 | 200.00 |
| 5/24/2016 | | JHM | Review and analyze memorandum from client regarding Class A's status as guarantors | $500.00 | 0.40 | 200.00 |
| 5/26/2016 | | JHM | Review and respond to email from client regarding Class A litigation | $500.00 | 0.30 | 150.00 |
| 6/1/2016 | | JHM | Review and respond to email from client regarding potential coverage as to Class A claims | $500.00 | 0.30 | 150.00 |
| 6/8/2016 | | JHM | Review and respond to email from Terry Gilbeau regarding class A claims; research regarding statute of limitations issues | $500.00 | 0.70 | 350.00 |
| | | JHM | Send email to client regarding appropriate forum for Class A claims | $500.00 | 0.40 | 200.00 |
| 6/11/2016 | | JHM | Prepare Klien complaint | $500.00 | 2.60 | 1,300.00 |
| 6/12/2016 | | JHM | Prepare and file Klien complaint | $500.00 | 3.00 | 1,500.00 |
| 6/15/2016 | | JHM | Conference with paralegal regarding service -- hold action for special counsel | $500.00 | 0.20 | 100.00 |
| 6/21/2016 | | JHM | Review email from client regarding Class A liability | $500.00 | 0.30 | 150.00 |
| 6/23/2016 | | JHM | Review and respond to email from client regarding transition to Gilbeau | $500.00 | 0.20 | 100.00 |
| 7/6/2016 | | JHM | Review and respond to email from client regarding status of litigation | $500.00 | 0.50 | 250.00 |
| 8/19/2016 | | JHM | Review and respond to email from client regarding Mitra Alizedah; prepare and file Notice of Dismissal | $500.00 | 0.50 | 250.00 |
| 9/5/2016 | | JHM | Review and analyze OSC regarding failure to appear on 8/29 | $500.00 | 0.20 | NO CHARGE |
| 9/12/2016 | | JHM | Prepare Declaration of J. MacConaghy regarding 8/29 nonappearance | $500.00 | 1.30 | NO CHARGE |
| 9/19/2016 | | JHM | Court appearance regarding OSC | $500.00 | 3.00 | NO CHARGE |
| 9/23/2016 | | JHM | Prepare letter to Terry Gilbeau regarding transition process for litigation | $500.00 | 0.80 | 400.00 |
| | | | Total Professional Services | | 15.50 | $5,500.00 |

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John H. MacConaghy | 11.00 | 500.00 | $5,500.00 |
| John H. MacConaghy | 4.50 | 0.00 | $0.00 |

### Additional Charges

| | | |
|---|---|---|
| 6/12/2013 | Court's filing fee for Complaint. | 350.00 |

                 Total Costs                                              $350.00

                 Total New Charges                               $5,850.00

                 Total Due                                                  $5,850.00