# EXHIBIT 5

**MacConaghy & Barnier, PLC**
Attorneys At Law
645 First St. West, Suite D
Sonoma, CA 95476
707-935-3205 Ext. 5

Invoice # 11394

Date: October 01, 2016

Donald F. Gaube
3201 Danville Blvd
Suite 175
Danville, CA 94507

Re: *In regarding Donald Gaube*
*Case No. 15-43783 CN*
*Sale of Caffe Classico Foods, LLC*

| | | **Professional Services** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|---|
| 5/19/2016 | JHM | Review email from client -- Caffe Classico members want general release as a condition of allowing sale. Telephone call with client regarding same. No way. | $500.00 | 0.50 | 250.00 |
| 5/23/2016 | JHM | Review and respond to email from client regarding Classico option rights | $500.00 | 0.50 | 250.00 |
| 5/24/2016 | JHM | Review email from client. Caffe Classico will pay $4200 for LLC interest. | $500.00 | 0.30 | 150.00 |
| | JHM | Telephone call with client regarding sale of Classico | $500.00 | 0.50 | 250.00 |
| 5/31/2016 | JHM | Review email from client regarding sale of Classico | $500.00 | 0.20 | 100.00 |
| 6/1/2016 | JHM | Review and revise draft purchase agreement for Classico interest. Confer with client regarding same | $500.00 | 1.00 | 500.00 |
| 6/7/2016 | JHM | Review email from client. Classico has executed purchase agreement | $500.00 | 0.10 | 50.00 |
| | JHM | Review execution copy of Classico purchase agreement. Confer with client regarding same. Recommend execution | $500.00 | 0.80 | 400.00 |
| 6/8/2016 | JHM | Prepare Motion to Sell Classico interest and related papers | $500.00 | 3.10 | 1,550.00 |
| 6/16/2016 | JHM | Review Limited Objection of CCF Holdings to Motion to Sell Classico Interest, confer with client regarding same | $500.00 | 0.50 | 250.00 |
| | JHM | Legal research regarding enforceability of sale restrictions | $500.00 | 2.20 | 1,100.00 |
| 6/17/2016 | JHM | Send email to Larry Leser regarding objection | $500.00 | 0.50 | 250.00 |
| 7/1/2016 | JHM | Review and analyze Declaration of Larry Leser regarding sale of LLC | $500.00 | 0.90 | 450.00 |
| 7/22/2016 | JHM | Review and analyze CCF and Classico briefs and related papers regarding sale | $500.00 | 1.40 | 700.00 |
| 8/3/2016 | JHM | Prepare declarations of John MacConaghy and Donald Gaube regarding sale of LLC. Confer with client regarding same. | $500.00 | 1.80 | 900.00 |
| 8/17/2016 | JHM | Review and analyze further briefing and related papers from Classico regarding sale | $500.00 | 0.80 | 400.00 |
| 8/18/2016 | JHM | Court appearance regarding Classico sale | $500.00 | 3.20 | 1,600.00 |
| 9/15/2016 | JHM | Review and analyze Court order regarding sale of Classico, confer with client and Serlin regarding same | $500.00 | 0.70 | 350.00 |
| 9/16/2016 | JHM | Telephone call with Ivo Keller regarding Classico sale | $500.00 | 0.20 | 100.00 |
| | JHM | Telephone call with Mark Serlin regarding Classico sale | $500.00 | 0.30 | 150.00 |
| 9/19/2016 | JHM | Prepare Debtor's brief regarding sale of Classico | $500.00 | 5.00 | 2,500.00 |
| 9/20/2016 | JHM | Prepare Debtor's brief regarding sale of Classico | $500.00 | 2.80 | 1,400.00 |

In regarding Donald Gaube
Case No. 15-43783 CN
Sale of Caffe Classico Foods, LLC

October 01, 2016                                                                                                  Page            2

| Date | | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 9/21/2016 | JHM | Review and analyze further briefs from Serlin and Keller on sale of classico | $500.00 | 0.90 | 450.00 |
| 9/23/2016 | JHM | Prepare Proposed Order regarding sale of classico; review Bill of Sale prepared by CCF | $500.00 | 1.10 | 550.00 |
| | | Total Professional Services | | 29.30 | $14,650.00 |

## User Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| John H. MacConaghy | 29.30 | 500.00 | $14,650.00 |
| Total Due | | | $14,650.00 |

Make all checks payable to **MacConaghy & Barnier, PLC**
Total due in 15 days